UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA H. GONZALES,<br><br>               Plaintiff,<br><br>   v.<br><br>EMC MORTGAGE CORPORATION, et al.,<br><br>               Defendants.<br>_____ | Case No. EDCV 09-601-VAP (JTLx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

     Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against EMC Mortgage Corporation and La Salle Bank N.A., as Trustee, Successor by Merger to LaSalle Bank N.A. as Trustee for Certificate Holders of Bear Stearns Asset Backed Securities I L.L.C., Asset-Backed Certificates, Series 2006-AQ1 (erroneously sued as LaSalle Bank N.A., as Trustee for Certificate Holders of Bear Stearns Asset Backed Securities I, L.L.C.) is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 5, 2009

                                                             VIRGINIA A. PHILLIPS
                                                             United States District Judge